James A. Michel
State Bar No. 184730
2912 Diamond St. #373
San Francisco CA 94131
415/ 239-4949
(Fax 239-0156)
attyjmichel@gmail.com

Attorney for Plaintiff
MANUEL J. ALVARADO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO COURTHOUSE

| | |
|---|---|
| MANUEL J. ALVARADO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TERI LOAN HOLDINGS, LLC, A Delaware Limited Liability Company; PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, a California corporation; MICHAEL DOUGLAS KAHN, individually and in his official capacity, and DOES 1 through 10, inclusive,<br><br>Defendants.<br>_____/ | Case No. 2:15-cv-01284-MCE-AC<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE ANSWER FOR DEFENDANT TERI LOAN HOLDINGS, LLC |

TO THE PARTIES HEREIN AND TO THE HONORABLE COURT:

WHEREAS, Plaintiff agrees to give Defendant TERI LOAN HOLDINGS, LLC additional time to respond to the complaint:

NOW, THEREFORE, IT IS HEREBY STIPULATED among the parties hereto, by and through their attorneys of record, James A. Michel, for the Plaintiff, and Jeffrey W. Speights, Patenaude & Felix, APC, attorney for all Defendants, the following:

- 1 -
STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE ANSWER

1. That defendant TERI LOAN HOLDINGS, LLC was served with summons on or about June 18, 2015 and currently has the response date of July 9, 2015;

2. That defendants PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, and MICHAEL DOUGLAS KAHN signed and returned a Waiver of Service and have agreed to respond by September 8, 2015;

3. That the attorney for all defendants at this time, Jeffrey W. Speights, has requested for TERI LOAN HOLDINGS to respond at the same time as the other defendants;

4. Wherefore the parties, plaintiff and defendants, agree and request that the time for defendant TERI LOAN HOLDINGS, LLC to respond shall be extended to September 8, 2015.

IT IS HEREBY SO STIPULATED.

DATED: July 27, 2015                    ____/s/ Jeffrey W. Speights____
                                        JEFFREY W. SPEIGHTS
                                        SBN: 265206
                                        Patenaude & Felix, APC
                                        4545 Murphy Canyon Rd, 3d Fl
                                        San Diego CA 92123
                                        Tel.: 858/ 244-7600

                                        Attorneys for Defendants
                                        TERI LOAN HOLDINGS, LLC,
                                        PATENAUDE & FELIX, APC and
                                        MICHAEL DOUGLAS KAHN


James Michel hereby attests that concurrence in the filing of the document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

DATED: July 27, 2015                    ____/s/ James A. Michel_____
                                        JAMES A. MICHEL
                                        Attorney for Plaintiff
                                        MANUEL J. ALVARADO

## ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated:  August 3, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

- 2 -
STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE ANSWER