James A. Michel
State Bar No. 184730
2912 Diamond St. #373
San Francisco CA 94131
415/ 239-4949
(Fax 239-0156)
attyjmichel@gmail.com

Attorney for Plaintiff
MANUEL J. ALVARADO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO COURTHOUSE

| | |
|---|---|
| MANUEL J. ALVARADO, an individual, | Case No. 2:15-cv-01284-MCE-AC |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR DISMISSAL |
| TERI LOAN HOLDINGS, LLC, A Delaware Limited Liability Company; PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, a California corporation; MICHAEL DOUGLAS KAHN, individually and in his official capacity, and DOES 1 through 10, inclusive, | |
| Defendants. _____/ | |

   Plaintiff MANUEL J. ALVARADO, by and through his attorney, James A. Michel, and Defendants, TERI LOAN HOLDINGS, LLC, PATENAUDE & FELIX, APC (P&F) and MICHAEL DOUGLAS KAHN, by and through their counsel, Jeffrey W. Speights, hereby stipulate to the following:

- 1 -
STIPULATION AND ORDER FOR DISMISSAL

1. The dispute between the parties has been settled; therefore, the parties request that the claims by Plaintiff against all Defendants in the above-entitled case be hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

2. Each party shall bear its own costs and attorney fees.

DATED: February 16, 2016      ___/s/ Jeffrey W. Speights___
JEFFREY W. SPEIGHTS
SBN: 265206
Patenaude & Felix, APC
4545 Murphy Canyon Rd, 3d Fl
San Diego CA 92123
Tel.: 858/ 244-7600

Attorneys for Defendants
TERI LOAN HOLDINGS, LLC,
PATENAUDE & FELIX, APC and
MICHAEL DOUGLAS KAHN

James Michel hereby attests that concurrence in the filing of the document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

DATED: February 16, 2016      ___/s/ James A. Michel_____
JAMES A. MICHEL
Attorney for Plaintiff
MANUEL J. ALVARADO

## ORDER

Pursuant to the foregoing stipulation and Federal Rule of Civil Procedure 41(a)(1), Plaintiff's claims are DISMISSED with prejudice. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: February 22, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT